MARCOS L. MUSQUEZ #CVN338
885 N. SAN PEDRO ST.
SAN JOSE, CA  95110
#05036797



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA   94102
Re: Marcos L. Musquez v. Santa Clara Dept. of Corrections, et al.
Case No. CV-0705966 VRW (PR)

To whom it may concern:

I write to you this letter regarding the above mentioned civil action that
is pending in this Court.
The purpose of this letter is to try and inquire as to when this Court is
planning on " screening" this civil action. The reason that I ask is that
unfortunately I am still having problems regarding the subject matter that
this complaint is filed for. Without this Court initial screening by the
presiding magistrate, I am unable to move for any motion(s) i.e. prelimin-
ary injunctions and discovery.

Here at the main jail in Santa Clara County, there a number of other  pris-
oners that have the similar problems that this civil complaint is regarding
and are anxious to submit declarations in support of this civil action ra-
ther than clog this Courts calander with repeatative claims as this one.

If possible, would you please forward to me an estimated time in which this
civil action is scheduled for the appropriate " screning " phase prior to
an ORDER be issued.

I Thank you for your time.

Date: 3/9/08

Very truly yours,

Mr. Marcos L. Musquez #CVN338
885 N. SAN PEDRO ST.
SAN JOSE, CA  95110
# 05036797

SEALEDSEALEDSEAL

MARCOS L. MUSQUEZ #CVN338
885 N. SAN PEDRO ST.
SAN JOSE, CALIFORNIA  95110
#05036797

LEGAL MAIL

CONFIDENTIAL

COUNTY JAIL
GENERAL MAIL

SAN JOSE CA 951

10 MAR 2008 PM 2

USA 41

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA  94102

Re: CV-07-5966 VRW (PR)

34102+3661