UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS L. MUSQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANTA CLARA COUNTY DEPT. OF CORRECTIONS et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: C07-05966 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcos L. Musquez CVN338 / 05036797
885 North Pedro Street
San Jose, CA 95110

Dated: March 25, 2008

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Cora Klein, Deputy Clerk

　　　　　　　　　　　　　　　　　　*Cora Klein*