MARCOS L. MUSQUEZ #CVN338
885 N. SAN PEDRO ST.
SAN JOSE, CA  95110
#05036797

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCOS L. MUSQUEZ,
    Plaintiff,

vs.

CAPT. D. SEPULVEDA IN HIS
INDIVIDUAL AND OFFICIAL
CAPACITIES AS FACILITY
COMMANDER OF SANTA CLARA
COUNTY DEPT. OF CORRECTIONS,
MAIN JAIL; CUSTODIAL OFFICER ) Civil Action No. C-07-5966 VRW (PR)
DOMINGUEZ IN HIS INDIVIDUAL
AND OFFICIAL CAPACITIES;
CUSTODIAL OFFICER CORTEZ IN
HIS INDIVIDUAL AND OFFICIAL   ) FIRST AMENDED COMPLAINT
CAPACITIES; CUSTODIAL OFFICER
MACHADO IN HER INDIVIDUAL
AND OFFICIAL CAPACITIES AND
CUSTODIAL OFFICER # 1979 IN
HIS/HER INDIVIDUAL AND
OFFICIAL CAPACITIES,
    Defendants.

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT

I. JURISDICTION

1) This Court has jurisdiction over plaintiff's federal claims pursuant to 28 U.S.C. §§ 1331 and 1343 (a) (3). If applicable, this Court has jurisdiction over plaintiff's state-law claims pursuant to 28 U.S.C. § 1367.

(1)

## II. VENUE

2) The Northern District of California is an appropriate venue under 28 U.S.C. § 1391 (b) (2) because a substantial part of the events or omissions giving rise to the claims occured in this district.

## III. PARTIES

3) Plaintiff, Marcos L. Musquez is a pretrial detainee at Santa Clara County Dept. of Corrections ( hereafter " DOC " ).

4) Defendant Capt. D Sepulveda is responsible for day to day operations of Santa Clara County DOC, main jail, who oversees, gives orders to, and/or disciplines officials under his authority. He is sued in his individual and official capacities.

5) Defendant Custodial Officer, ( hereafter " CO " ), Dominguez is employed at the DOC. He is sued in his individual and official capacities.

6) Defendant C.O. Cortez is employed at the DOC. He is sued in his individual and official capacities.

7) Defendant C.O. Machado is employed at DOC. She is sued in her individual and official capacities.

8) C.O. # 1979 is emplyed at the DOC. He/She is sued in his/her indvidual and offical capacities.

9) At all time relevant to the events described herein, all defendants have acted under color of state law.

## IV. FACTUAL ALLEGATIONS
### Deprivation of Constitutional Rights

10) Plaintiff has been subjected to continuous violations to his pro= tected...

(2)

1   Constitutional Rights by being deprived of his due process liberty inte-
2   rest by the staff, C.O.'s, at Santa Clara County DOC main jail. Plaintiff
    has been subjected to Intentional withholdiing of his duly auth-
3   orized mail, newspapers and legal mail. The C.O. listed under
    " Parties " have collectively destroyed/delayed and defaced
4   plaintiff's USA Today on numerous occasions, not delivered hi
    s subscription of Skin and Ink magazine, intercepted outgoing
5   personal mail to plaintiffs' family on numerous occasions, not
    delivered legal mail from the United States District Court
6   ( Northern District of California ), and processed incoming
    legal mail ( returned ), as normal mail on an occasion.
7

8   ONGOING VIOLATIONS TO PLAINTIFF'S CONSTITUTIONAL RIGHT

9
10  11) Although plaintiff has filed numerous administrative
    grievances regarding the violation(s) mentioned in #10, defe-
11  ndant's continue to deprive plaintiff of his mail and still
12  display a behavioral pattern of depriving plaintiff of his
    duly authorized mail, newspapers...et cetera.
13

14                              EXHAUSTION
15  12) Plaintiff has exhausted all available administrative
    remedies regarding the matters described in this complaint.
16
    Plaintiff filed grievances # 68876 on 3/29/07 regarding his
17  magazine ( Skin and Ink ), not being delivered, his USA Today
18  newspapers being defaced and not delivered and his outgoing
    mail (2) affidavits being intercepted by C.O. and not delive-
19  red. Grievance #71282 dated 11/3/07 is in regards to plainti-
20  ffs' newspaper USA Today not being delivered to him for the
21  dates of Oct. 17,2007, Oct. 18,2007, Oct. 19,2007 and Oct.
    20 and 21,2007. Grievance #712821 is regarding legal mail
22
    not being delivered to him . The legal mail in question was
23  regarding Federal Civil matter C-07-0318 VRW mailed to the
24  plaintiff on or about Oct. 15, 2007.
    //
25  //
26  //
    //
27  //
28
                                                                    (3)

1  13) Grievance #71863 dated Jan. 1/12/2008 pertains to plaintiff not receiving his subscription to the San Jose Mercury News on the dates Jan. 8,9,10 and 11, 2008. When plaintiff did receive his newspaper, it was defaced by C.O. Machado by using her boot to kick plaintiffs' newspaper under the door thus defacing each of the above-mentioned newspapers. Grievance# 72370 dated 2/15/2008 is in regard to plaintiff not receiving his newspaper ( Mercury News ), for the date of Jan. 23,2008, Feb.10,2008 and Feb. 13 and 14, 2008. Exhibits (A) and (B) are true copies of billing statements for the subsciptions to Skin and Ink magazine. Exhibit (C) is a true copy of further evidence that plaintiffs' outgoing legal mail is being opened and tampered with prior to leaving the facility. Exhibit (D) is a true copy of returned letter to plaintiff from a legal entity ( Geri Lynn Green ), attorney at law that was processed as regular mail, inspected and the contents of the mail were missing when delivered back to plaintiff.

## V. CAUSE OF ACTION

14) Plaintiff support the following claims by reference to the previous paragraphs of this complaint.

### Count I

15) Defendant Capt. D Sepulveda failure to supervise his officials at Santa Clara County Main Jail under his authority has proximately caused plaintiffs' duly authorized mail to be deprived from plaintiff and continuous deprivation of plaintiffs' right under the Due Process Clause of the Fourteenth Amendment of the United States Constitution and violation of plaintiffs' U.S. Const. First Amendment right to send and receive mail.

//
//

## Count II

16) C.O. Dominguez intentional withholding of plaintiffs' mail and USA Today newspaper has proximately caused plaintiff monetary loss and deprived plaintiff of his right under the Due Process Clause of the Fourteenth Amendment of the United States Const. and further violated plaintiffs' U.S. First Amendment right to send and receive mail.

## Count III

17) C.O. Cortez intentional withholding of plaintiffs' mail and newspaper and intentionally defacing plaintiffs' newspaper has proximately caused plaintiff monetary loss and deprived plaintiff of his right under the Due Process Clause of the Fourteenth Amendment of the U.S. Const. and further deprived plaintiffs' First Amendment right to send and receive mail, newspapers...et cetera.

## Count IV.

18) C.O. Machado intentionally defaced and withheld plaintiffs newspaper on more than one occasion. Such acts proximately caused plaintiff monetary loss and deprived plaintiff of his right under the Due Process Clause of the Fourteenth Amendment of the U.S. Const. and further proximately caused the deprivation of plaintiffs First Amendment right to send and receive mail, newspapers...et cetera.

## Count V.

19) C.O. # 1979 intentionally withheld plaintiffs newspaper. Such acts proximately caused plaintiff monetary loss and deprived plaintiff of his right under the Due Process Clause of the Fourteenth Amendment of the U.S. Const. and further proximately caused the deprivation of plaintiffs First Amendment right to send and receive mail, newspapers...et

cetera.

20) If this Court grants this FAC, plaintiff will be able to specifically link each named defendant via discovery.

WHEREFORE, plaintiff respectfully prays that this Court;

1) Declare that the acts and omissions described herein violated plaintiffs' rights under the Constitutional and laws of the United States.

2) Plaintiff further request nominal damages in the amount of one thousand dollars ( 1,000.00 ). Plaintiff further requests compensatory, and punitive damages, as allowed by law, against each defendant, jointly and severally in the amount of ten thousand dollars ( 10,000.00 ), for the deliberate, intentional, sadistic destruction and withholding of plaintiffs' mail, newspapers and magazines and further relief this Court may deem just and proper.

Respectfully submitted this 2 day of April, 2008.

Marcos L. Musquez #CVN338
885 N. San Pedro St.
San Jose, California   95110
#05036797

VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2 ,2008.

Marcos L. Musquez



(6)

| Main Jail | [X] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
| Main Jail South | [ ] | INMATE GRIEVANCE FORM | CCW [ ] |
| North County Jail | [ ] | 68876 | WRC [ ] |

X1 6

INMATE'S NAME: Vusquez Marcus
BOOKING NUMBER: 05036797
HOUSING UNIT: 5B·06

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: In re: C-07-5966. There is a ongoing problem with my mail being not delivered to me. Specifically, (2) two [not mailed out] Affidavits + (5) magazines, Skin + Ink. Recently, I have not received my newspaper USA TODAY on 3/23/07, 2/25/07 and another issue in the month of March. In addition, when I DO receive my newspaper, the front page has a large section torn out of it making it unreadable

WHAT SOLUTION ARE YOU RECOMMENDING?: As stipulated in (Fed Civ) C-07-0318

Your Signature: M. ~    Date: 3/29/07  Time: 4 PM

Received from Inmate on:
Day: Thur  Date: 3/29/07  Time: 1710  Officer: MINASSIAN #2682  Team: B

RESPONDING OFFICER'S STATEMENT: Will Refer to The Mail Room

[ ] Resolved  [X] Refer to Level II
Officer's Name: Minassian #2682  Team: B  Date: 03/29/07

SUPERVISOR'S ACTION: See response below.

[X] Resolved  [ ] Refer to Level III
Supervisor's Name: ___  Team: ___  Date: __/__/__
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed

SIGNATURE: ___  Date: __/__/__  Time: ___

SUPPORT SERVICE RESPONSE: Unit Assigned: Inmate Service  Date Assigned: __/__/__
Date Due: 04/05/07

We do not hold any mail. Also USA magazine 3/23/07 was deliver it on 3/28/07 to your cell. Magazine date it 2/25/07 not located contact your publisher.

Response by: ○  Title: CSA  Date: 4/15/07  Time: 0130

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur  [ ] Reversed

SIGNATURE: ___  Date: 4/16/07  Time: 0735

RESPONSE RETURNED TO INMATE: Date: 04/16/07  Time: ___  By: ___
Distribution: White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

IN RE: MAIL ISSUES

| Main Jail [✓] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
|---|---|---|
| Main Jail South [ ] | **INMATE GRIEVANCE FORM** | CCW [✓] |
| North County Jail [ ] | #71282 | WRC [ ] |

INMATE'S NAME: Vasquez, Marcos    BOOKING NUMBER: 0503799    HOUSING UNIT: 5B/06

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** I did not receive my news paper (USATODAY) on Oct 17th thru the 21st. On file, are several grievances regarding missing newspapers; delayed newspaper et cetera Capt. Sepulveda + County Counsel Mark Bernal were notified on 11/2/07.

**WHAT SOLUTION ARE YOU RECOMMENDING?:** That my duly authorized mail be delivered

Your Signature: [signed]    Date: 11/3/07    Time: 5 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

**Received from Inmate on:**
Day: Saturday   Date: 11/3/07   Time: 1724   Officer: Flores #2712   Team: B

**RESPONDING OFFICER'S STATEMENT (Please print):** REFER TO MAIL ROOM

[ ] Resolved   [✓] Refer to Level II

Officer's Name: _____   Team: _____   Date: __/__/__

**SUPERVISOR'S ACTION:** Our Records show that on 10-15-07 you received the USA Today Newspapers for 10-19, 10-20 & 10/21/07. These papers were delivered to Officer #1979 Inmate Services

[✓] Resolved   [ ] Refer to Level III
Supervisor's Name: Beccia   Team: _____   Date: 11/14/07

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____   Date: __/__/__   Time: _____

SUPPORT SERVICE RESPONSE: Unit Assigned: Inmate Services   Date Assigned: __/__/__
Date Due: 11/10/07

Response by: _____   Title: _____   Date: __/__/__   Time: _____

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur [ ] Reversed _____

SIGNATURE: Lt. Huy Ix211   Date: 11/16/07   Time: 2030

RESPONSE RETURNED TO INMATE: Date: 11/19/__   Time: _____   By: _____
Distribution: White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)
8695 REV 7/02    (2A)

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

Main Jail [ ]   Main Jail South [ ]   North County Jail [ ]   Elmwood [ ]   CW [ ]   #71281

| INMATE'S NAME: | Vasquez, Marcos | BOOKING NUMBER: | 0503 6797 | HOUSING UNIT: | 5B/B6 |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: On 11/1/07 I spoke w/ the clerk of the court in U.S. Fed District of Northern California for Chief Judge Vaughn R. Walker. I was told that a letter or "legal mail" was sent to me on 10/15 by the court. I never signed or received this legal mail. Capt. Sepulveda + Mr. Mark Bernal (County Counsel) were notified.

WHAT SOLUTION ARE YOU RECOMMENDING?: That this no longer occur and be investigated.

Your Signature: [signed]   Date: 11/3/07   Time: 5 PM

Received from Inmate on: Day: SATURDAY   Date: 11/3/07   Time: 1724   Officer: FLORES #2712   Team: B

RESPONDING OFFICER'S STATEMENT: REFER TO MAIL ROOM

[ ] Resolved  [X] Refer to Level II
Officer's Name: _____   Team: _____   Date: __/__/__

SUPERVISOR'S ACTION: Our Records indicate that you received Legal Mail on 10-25-07 from County of Santa Clara.

[ ] Resolved  [ ] Refer to Level III
Supervisor's Name: BECERRA   Team: Inmate Services   Date: 11/14/07

SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed

SIGNATURE: _____   Date: __/__/__   Time: _____

SUPPORT SERVICE RESPONSE: Unit Assigned: Inmate Services   Date Assigned: __/__/__
Date Due: 11/10/07

Response by: _____   Title: _____   Date: __/__/__   Time: _____

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur  [ ] Reversed

SIGNATURE: Lt. Hoyt #211   Date: 11/16/07   Time: 2030

RESPONSE RETURNED TO INMATE: Date: 11/19/07   Time: _____   By: _____

Distribution: White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
6885 REV 7/92

(3A)

| Main Jail | [✓] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | #71863 | Elmwood [ ] |
| Main Jail South | [ ] | INMATE GRIEVANCE FORM c/o Machado | | CCW [ ] |
| North County Jail | [ ] | | | WRC [ ] |

Received 01/12/08 #71863 c/o Machado

| INMATE'S NAME: Musquez Marcos | BOOKING NUMBER: 0503 6797 | HOUSING UNIT: 5B 38 |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: In accordance with CV-07-5966 (see attached) my subscription to the Mercury News has been intentionally delayed. As of todays date I have not received the following newspapers... Jan 10, 08', Jan 11', Jan 8, 08', and ~~Janu~~ January 9th and 12th. As described in the filed complaint my mail should not be delayed or destroyed forthwith (14th Amend) ~~be delayed~~ cont.

WHAT SOLUTION ARE YOU RECOMMENDING?: 1/8/08, 1/9/08, 1/10/08, 1/11/08, 1/12/08 no longer

Your Signature: M.T.   Date: 1/12/08   Time: 5 AM/PM

Received from Inmate on:
Day: Saturday  Date: 01/12/08  Time: 0500  Officer: MACHADO 2766  Team: 1

RESPONDING OFFICER'S STATEMENT (Please print): _____

[X] Resolved  [ ] Refer to Level II
Officer's Name: _____ Team: ___ Date: __/__/__
SUPERVISOR'S ACTION: _____

[ ] Resolved  [ ] Refer to Level III
Supervisor's Name: _____ Team: ___ Date: __/__/__
SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____ Date: __/__/__ Time: ____

SUPPORT SERVICE RESPONSE: Unit Assigned: Inmate Svc. Mail  Date Assigned: __/__/__
Date Due: 01/19/08

OUR RECORDS SHOWED THAT 1/9/08 AND 1/11/08 WAS DELIVERED ON 1/12/08. 1/10/08 WAS DELIVERED ON 1/15/08. 1/12/08 AND 1/8/08 WAS DELIVERED 1.14.08

Response by: CM Ozuna   Title: CSA   Date: 1/18/08   Time: 1900 HRS

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur [ ] Reversed _____
GETTING A NEWSPAPER THROUGH THE MAIL SOMETIMES CAUSES A DELAY OF A FEW DAYS.

SIGNATURE: _____ Date: 1/23/08 Time: 0428

RESPONSE RETURNED TO INMATE: Date: 01/25/08  Time: ___ By: ___
Distribution: White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
6885 REV 7/92

Cont.

Any further delays in my duly authorized mail will lead to a preliminary injunction to be filed, sanctions and I will add all names (C.O's - GSA's) to the complaint on the applicable shifts-that my newspapers have been missing.

/s/
_____
Marcos L. Musquez

| Main Jail | [X] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
| Main Jail South | [ ] | INMATE GRIEVANCE FORM #72195 | CCW [ ] |
| North County Jail | [ ] | | WRC [ ] |

| INMATE'S NAME: Vasquez, Marcos | BOOKING NUMBER: 0503677 | HOUSING UNIT: SB-38 |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: As of todays date 2/2/08 I have not received my subscription of Mercury News dated 1-23-08

WHAT SOLUTION ARE YOU RECOMMENDING?: _____

Your Signature: _____ Date: 2/3/08 Time: 9 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: Saturday Date: 02/02/08 Time: 300 Officer: Ou du #2018 Team: D

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved [X] Refer to Level II

Officer's Name: _____ Team: ___ Date: __/__/__
SUPERVISOR'S ACTION: _____

[ ] Resolved [ ] Refer to Level III

Supervisor's Name: _____ Team: ___ Date: __/__/__
SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____ Date: __/__/__ Time: _____
SUPPORT SERVICE RESPONSE: Unit Assigned: Inmate Svcs Mail Date Assigned: __/__/__
Date Due: 02/10/08
IT USUALLY TAKE A WHILE TO RECEIVE YOUR FIRST ISSUE OF SAN JOSE MERCURY NEWS ONCE YOU PLACE YOUR ORDER. CHECK BACK W/THE NEWSPAPER CO.

Response by: Villamar Title: CA Date: 2/6/08 Time: 10:23

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur [ ] Reversed _____

SIGNATURE: Lt. Hoytzell Date: 2/7/08 Time: 2149
RESPONSE RETURNED TO INMATE: Date: 02/11/08 Time: ___ By: ___
Distribution: White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)
6885 REV 7/92

To coincide with Federal Civil matter C-07-5966 (mail issues)
#72370

| | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | |
|---|---|---|
| Main Jail [X] | **INMATE GRIEVANCE FORM** | Elmwood [ ] |
| Main Jail South [ ] | 38 | CCW [ ] |
| North County Jail [ ] | | WRC [ ] |

| INMATE'S NAME: | MUSQUEZ, MARCOS | BOOKING NUMBER: 0503 6747 | HOUSING UNIT: 5B / 38 |
|---|---|---|---|

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** To coincide with grievance #72195, as of todays date 2/14/07, I still have not received my Mercury News paper dated 1-23-08. Also, as of todays date I have NOT received my Mercury News paper date(s) 2-10-08, 2-11-08, 2-12-08, 2-13-08, and 2-14-08. My papers are obviously being delayed in the mailroom because when I do receive my papers I receive them in a bunch ranging from 3 to 5 days @ one time.

**WHAT SOLUTION ARE YOU RECOMMENDING?:** That my missing paper 1/23/08 be reimbursed and this intentional delay of my mail stop.

Your Signature: _____ Date: 2/15/08 Time: 10 AM/PM

*(Do NOT write below this line. Use additional sheets if necessary)*

**Received from Inmate on:**
Day: Friday Date: 2/15/8 Time: 2226 Officer: Hosin #2361 Team: A

**RESPONDING OFFICER'S STATEMENT (Please print):** _____

[ ] Resolved  [✓] Refer to Level II

Officer's Name: _____ Team: ____ Date: __/__/__

**SUPERVISOR'S ACTION:** _____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: _____ Team: ____ Date: __/__/__

**SHIFT LIEUTENANT REVIEW:** [ ] Concur  [ ] Reversed _____

SIGNATURE: _____ Date: __/__/__ Time: ____

**SUPPORT SERVICE RESPONSE:** Unit Assigned: Inmate Svcs Date Assigned: __/__/__
Date Due: 02/22/08

Mercury News were received and delivered to your cell.
1/23/08 — Receive it — 1/28/08 1/28/08
2.11.08 — Receive it on 2/12/08   2/12/08
2.10.08 — Receive it on 2/12/08   2/13/08  } Receive it on 2/16/08
                                   2/14/08

Response by: SC Title: OA Date: 2/29/08 Time: 1600 HRS

**FACILITY COMMANDER/DESIGNEE REVIEW:** [X] Concur  [ ] Reversed
Papers are delivered as they are received.

SIGNATURE: _____ Date: 3/5/08 Time: 0753

**RESPONSE RETURNED TO INMATE:** Date: 3/5/08 Time: ____ By: ____

Distribution: White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

(margin notes): Has been putting in grievance #72195

amazon.com | Elizab...'s Amazon.com | See All 36 Product Categories | Your Account | Cart | Your Lists | Help | NEW

Search Amazon.com | | GO Find Gifts | Web Search GO

## Your Account > Where's My Stuff? > Order Summary

### When will your items arrive?

**Shipment #1:** 1 item - delivery estimate: May 25, 2006 - June 26, 2006

**Order Placed:** February 25, 2006
**Amazon.com order number:** 002-4991822-0632850
**Order Total:** $17.95

### ✓ Shipment #1: Shipped on March 1, 2006   (Need to modify this subscription?)

**Delivery estimate:** May 25, 2006 - June 26, 2006 (More about estimates)
1 package via US First Class

| Shipping Address: | Items Ordered | Price |
|---|---|---|
| Main Jail -05036797<br>Marcos Musquez CVN338<br>885 N San Pedro St<br>San Jose, CA 95110-1718<br>United States | 1 of: **Skin & Ink [MAGAZINE SUBSCRIPTION]** [Magazine]<br>Sold by: Amazon.com<br>- 1 Item(s) Gift options: None | $17.95 |

**Shipping Speed:**
Standard Shipping

*Exhibit (A)* (handwritten)

Item(s) Subtotal: $17.95
Shipping & Handling: $0.00
-----
Total Before Tax: $17.95
-----
Total for this Shipment: $17.95
-----

### Payment Information                                (Need to print an invoice?)

**Payment Method:**
Visa | Last 5 digits: 54879

**Billing Address:**
Elizabeth Zacarias
[redacted]
[redacted]
United States

Item(s) Subtotal: $17.95
Shipping & Handling: $0.00
-----
Total Before Tax: $17.95
Estimated Tax: $0.00
-----
**Grand Total: $17.95**

**amazon**.com

### Final Details for Order #002-4991822-0632850
Print this page for your records.

**Order Placed:** February 25, 2006
**Amazon.com order number:** 002-4991822-0632850
**Order Total:** $17.95

### Shipped on March 1, 2006

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Skin & Ink* [MAGAZINE SUBSCRIPTION]<br>Sold by: Amazon.com | $17.95 |

**Shipping Address:**
Main Jail -05036797
Marcos Musquez CVN338
885 N San Pedro St
San Jose, CA 95110-1718
United States

**Shipping Speed:**
Standard Shipping

Item(s) Subtotal: $17.95
Shipping & Handling: $0.00
-----
Total Before Tax: $17.95
-----
**Total for this Shipment: $17.95**
-----

### Payment Information

**Payment Method:**
Visa | Last 5 digits: 54879

**Billing Address:**
Elizabeth Zacarias
[redacted]
United States

Exhibit (B)

Item(s) Subtotal: $17.95
Shipping & Handling: $0.00
-----
Total Before Tax: $17.95
Estimated Tax: $0.00
-----
**Grand Total: $17.95**

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2007, Amazon.com, Inc. or its affiliates

(Problems w/ mail)

Attn: Mr. Richard W. WIEKING

To: (Clerk) of Northern District Federal Court

In re: C07-318 VRW

Marcos L. Musquez

vs.

Santa Clara County Main Jail
Santa Clara County Valley Medical Center
Nurse (Kerri)
Lorin Horn, RN (Nurse Mgt.) et al.

Dear Sir/Mam;     Exhibit (C)

On or about the date of January 4, 2007, I Marcos L. Musquez mailed to you a completed complaint by a prisoner under the Civil Rights Act, 42 U.S.C §§1983 and an application to proceed In Forma Pauperis. Enclosed is the original form of "~~Certificate of Funds in~~ Prisoner's Account" that should have been included with the above-mentioned.

I apologize to the Court and Clerk for the delay and mix up. Thank you.

Regards,

M~~

**JBLIC INTEREST LAW FIRM**
*Law Foundation of Silicon Valley*
111 WEST ST. JOHN STREET, SUITE 315
SAN JOSE, CALIFORNIA 95113



```
* * *
174                                    :609
3620 $00.41                              07
1426 MAILED FROM SAN JO...   .5113
```

**5B**

Ⓒ

Marcos L. Musquez
CVN 338
Main Jail
885 N. San Pedro Street
San Jose, CA 95110

## CONFIDENTIAL LEGAL MAIL
## ATTORNEY-CLIENT COMMUNICATION

95110+1718

( Received + logged as legal mail )

Exhibit (D)

M. Musquez # CVN338
885 N. San Pedro St
San Jose, California
95110

#05036797

SAN JO.
10 AUG 20(

5B

ATTN: Geri Lynn Green
Attorney at Law
1231 Market St
San Francisco, California

Legal Mail ⓒ

**COUNTY JAIL**
**GENERAL MAIL**

Carr. Init.
Date

☒ Forwarding Order Expired
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☒ No Mail Receptacle
☐ Box Closed No Order
☐ Returned For Better Address
☐ Postage Due

94103+1400

Mailed out as "Legal Mail"; Returned as regular mail
inspected and contents missing. Soon thereafter I contacted

PROOF OF SERVICE / Certificate of Service

I, ELIZABETH MUSULEZ declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party of the above-entitled cause. My (residence or business) address is

549 BALTIC LAY
SUNNYVALE CA
94089

and I am employed in, or resident in, Santa Clara County, California.

On the date of, _____ I served the:

First Amended Complaint (Case No. C-07-5966 VRW)

by depositing a copy of the document(s) in the United States mail at (location) Eastridge Ste Jn_, (city) San Jose, Santa Clara County, California in a sealed envelope, with postage fully prepaid, addressed as follows:

U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Office of County Counsel
County of Santa Clara
70 W. Hedding St., 9th Floor, East Wing
San Jose, CA 95110-1770

At the time of the mailing there was regular delivery of the United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/3/08

(Signature)

ELIZABETH MUSULEZ
(Print or typed name)

