MARCOS L. MUSQUEZ #CVN338
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110
#05036797

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCOS L. MUSQUEZ,
    Plaintiff,

vs.

CAPT. D SEPULVEDA IN HIS )
INDIVIDUAL AND OFFICIAL )
CAPACITIES AS FACILITY )
COMMANDER OF SANTA CLARA )
COUNTY DEPT. OF CORRECTIONS, )
MAIN JAIL; CUSTODIAL OFFICER ) Civil Action No. C-07-5966 VRW (PR)
DOMINGUEZ IN HIS INDIVIDUAL )
AND OFFICIAL CAPACITIES; )
CUSTODIAL OFFICER CORTEZ IN )
HIS INDIVIDUAL AND OFFICIAL ) FIRST AMENDED COMPLAINT
CAPACITIES; CUSTODIAL OFFICER )
MACHADO IN HER INDIVIDUAL )
AND OFFICIAL CAPACITIES AND )
CUSTODIAL OFFICER # 1979 IN )
HIS/HER INDIVIDUAL AND )
OFFICIAL CAPACITIES, )
    Defendants. )

FILED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT

I. JURISDICTION

!) This Court has jurisdiction over plaintiff's federal claims pursuant to 28 U.S.C. §§ 1331 and 1343 (a)(3). If applicable, this Court has jurisdiction over plaintiff's state-law claims pursuant to 28 U.S.C. § 1367.

(1)

## II. VENUE

2) The Northern District of California is an appropriate venue under 28 U.S.C. § 1391 (b) (2) because a substantial part of the events or omissions giving rise to the claims occured in this district.

## III. PARTIES

3) Plaintiff, Marcos L. Musquez is a pretrial detainee at Santa Clara County Dept. of Corrections ( hereafter " DOC " ).

4) Defendant Capt. D Sepulveda is responsible for day to day operations of Santa Clara County DOC, main jail, who oversees, gives orders to, and /or disciplines officials under his authority. He is sued in his individual and official capacities.

5) Defendant Custodial Officer, ( hereafter " CO " ), Dominguez is employed at the DOC. He is sued in his individual and official capacities.

6) Defendant C.O. Cortez is employed at the DOC. He is sued in his individual and official capacities.

7) Defendant C.O. Machado is employed at DOC. She is sued in her individual and official capacities.

8) C.O. # 1979 is emplyed at the DOC. He/She is sued in his/her indvidual and offical capacities.

9) At all time relevant to the events described herein, all defendants have acted under color of state law.

## IV. FACTUAL ALLEGATIONS
### Deprivation of Constitutional Rights

10) Plaintiff has been subjected to continuous violations to his pro= tected...

Constitutional Rights by being deprived of his due process liberty interest by the staff, C.O.'s, at Santa Clara County DOC main jail. Plaintiff has been subjected to Intentional withholdiing of his duly authorized mail, newspapers and legal mail. The C.O. listed under " Parties " have collectively destroyed/delayed and defaced plaintiff's USA Today on numerous occasions, not delivered his subscription of Skin and Ink magazine, intercepted outgoing personal mail to plaintiffs' family on numerous occasions, not delivered legal mail from the United States District Court ( Northern District of California ), and processed incoming legal mail ( returned ), as normal mail on an occasion.

ONGOING VIOLATIONS TO PLAINTIFF'S CONSTITUTIONAL RIGHT

11) Although plaintiff has filed numerous administrative grievances regarding the violation(s) mentioned in #10, defendant's continue to deprive plaintiff of his mail and still display a behavioral pattern of depriving plaintiff of his duly authorized mail, newspapers...et cetera.

EXHAUSTION

12) Plaintiff has exhausted all available administrative remedies regarding the matters described in this complaint. Plaintiff filed grievances # 68876 on 3/29/07 regarding his magazine ( Skin and Ink ), not being delivered, his USA Today newspapers being defaced and not delivered and his outgoing mail (2) affidavits being intercepted by C.O. and not delivered. Grievance #71282 dated 11/3/07 is in regards to plaintiffs' newspaper USA Today not being delivered to him for the dates of Oct. 17,2007, Oct. 18,2007, Oct. 19,2007 and Oct. 20 and 21,2007. Grievance #712821 is regarding legal mail not being delivered to him . The legal mail in question was regarding Federal Civil matter C-07-0318 VRW mailed to the plaintiff on or about Oct. 15, 2007.

//
//
//
//
//

(3)

13) Grievance #71863 dated Jan. 1/12/2008 pertains to plaintiff not receiving his subscription to the San Jose Mercury News on the dates Jan. 8,9,10 and 11, 2008. When plaintiff did receive his newspaper, it was defaced by C.O. machado by using her boot to kick plaintiffs' newspaper under the door thus defacing each of the above-mentioned newspapers. Grievance# 72370 dated 2/15/2008 is in regard to plaintiff not receiving his newspaper ( Mercury News ), for the date of Jan. 23,2008, Feb.10,2008 and Feb. 13 and 14, 2008. Exhibits (A) and (B) are true copies of billing statements for the subsciptions to Skin and Ink magazine. Exhibit (C) is a true copy of further evidence that plaintiffs' outgoing legal mail is being opened and tampered with prior to leaving the facility. Exhibit (D) is a true copy of returned letter to plaintiff from a legal entity ( Geri Lynn Green ), attorney at law that was processed as regular mail, inspected and the contents of the mail were missing when delivered back to plaintiff.

## V. CAUSE OF ACTION

14) Plaintiff support the following claims by reference to the previous paragraphs of this complaint.

Count I

15) Defendant Capt. D Sepulveda failure to supervise his officials at Santa Clara County Main Jail under his authority has proximately caused plaintiffs' duly authorized mail to be deprived from plaintiff and continuous deprivation of plaintiffs' right under the Due Process Clause of the Fourteenth Amendment of the United States Constitution and violation of plaintiffs' U.S. Const. First Amendment right to send and receive mail.

//

//

### Count II

16) C.O. Dominguez intentional withholding of plaintiffs' mail and USA Today newspaper has proximately caused plaintiff monetary loss and deprived plaintiff of his right under the Due Process Clause of the Fourteenth Amendment of the United States Const. and further violated plaintiffs' U.S. First Amendment right to send and receive mail.

### Count III

17) C.O. Cortez intentional withholding of plaintiffs' mail and newspaper and intentionally defacing plaintiffs' newspaper has proximately caused plaintiff monetary loss and deprived plaintiff of his right under the Due Process Clause of the Fourteenth Amendment of the U.S. Const. and further deprived plaintiffs' First Amendment right to send and receive mail, newspapers...et cetera.

### Count IV.

18) C.O. Machado intentionally defaced and withheld plaintiffs newspaper on more than one occasion. Such acts proximately caused plaintiff monetary loss and deprived plaintiff of his right under the Due Process Clause of the Fourteenth Amendment of the U.S. Const. and further proximately caused the deprivation of plaintiffs First Amendment right to send and receive mail, newspapers...et cetera.

### Count V.

19) C.O. # 1979 intentionally withheld plaintiffs newspaper. Such acts proximately caused plaintiff monetary loss and deprived plaintiff of his right under the Due Process Clause of the Fourteenth Amendment of the U.S. Const. and further proximately caused the deprivation of plaintiffs First Amendment right to send and receive mail, newspapers...et

cetera.

20) If this Court grants this FAC, plaintiff will be able to specifically link each named defendant via discovery.

WHEREFORE, plaintiff respectfully prays that this Court;

1) Declare that the acts and omissions described herein violated plaintiffs' rights under the Constitutional and laws of the United States.

2) Plaintiff further request nominal damages in the amount of one thousand dollars ( 1,000.00 ). Plaintiff further requests compensatory, and punitive damages, as allowed by law, against each defendant, jointly and severally in the amount of ten thousand dollars ( 10,000.00 ), for the deliberate, intentional, sadistic destruction and withholding of plaintiffs' mail, newspapers and magazines and further relief this Court may deem just and proper.

Respectfully submitted this 2 day of April, 2008.

_____
Marcos L. Musquez #CVN338
885 N. San Pedro St.
San Jose, California 95110
#05036797

VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2008.

_____
Marcos L. Musquez

(6)

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

Main Jail [X]     Elmwood [ ]
Main Jail South [ ]     CCW [ ]
North County Jail [ ]     WRC [ ]

X16    68876

| INMATE'S NAME | BOOKING NUMBER | HOUSING UNIT |
|---|---|---|
| Musquez, Marcos | 05036797 | 5B-06 |

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** In re C-07-0318 [07-5966]. There is a ongoing problem with my mail being not delivered to me. Specifically, (2) two Affidavits + (5) magazines, Skin + Ink. Recently, I have not received my newspaper USA TODAY on 3/23/07, 2/25/07 and another issue in the month of March. In addition, when I DO receive my newspaper, the front page has a large section torn out of it making it unreadable.

(not mailed)

**WHAT SOLUTION ARE YOU RECOMMENDING?:** As stipulated in (Fed Civ) C-07-0318

Your Signature: M. ~ ~   Date: 3/29/07  Time: 4 AM/(PM)
(Do NOT write below this line. Use additional sheets if necessary)

**Received from Inmate on:**
Day: Thur  Date: 3/29/07  Time: 1710  Officer: MINASSIAN #2682  Team: B

**RESPONDING OFFICER'S STATEMENT (Please print):** Will Refer to The Mail Room.

[ ] Resolved   [X] Refer to Level II
Officer's Name: Minassian #2682  Team: B  Date: 03/29/07

**SUPERVISOR'S ACTION:** See response below.

[X] Resolved   [ ] Refer to Level III
Supervisor's Name: _____  Team: ____  Date: __/__/__
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE: _____  Date: __/__/__  Time: _____

**SUPPORT SERVICE RESPONSE:** Unit Assigned: Inmate Service  Date Assigned: __/__/__
Date Due: 04/05/07

We do not hold any mail. Also USA magazine 3/23/07 was deliver it on 3/28/07 to your cell. Magazine date it 2/25/07 not located in/to your publish. T___

Response by: _____  Title: CSA  Date: 4/13/07  Time: 0130

**FACILITY COMMANDER/DESIGNEE REVIEW:** [X] Concur  [ ] Reversed _____

SIGNATURE: _____  Date: 4/16/07  Time: ____
RESPONSE RETURNED TO INMATE: Date: 04/16/07  Time: ____  By: ____

Distribution: White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

6885 REV 7/92

(1A)

IN Re: Mail Issues

# 71282

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

Main Jail [✓]    Main Jail South [ ]    North County Jail [ ]    Elmwood [ ]    CCW [✓]    WRC [ ]

| INMATE'S NAME: | Vasquez, Marcos | BOOKING NUMBER: | 0503799 | HOUSING UNIT: | 5B/00 |

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** I did not receive my newspaper (USA TODAY) on Oct 17th thru the 21st. On file, are several grievances regarding missing newspapers, delayed newspaper et cetera (Capt Sepulveda - Cmdt. Cornel Mark Bernal were notified on 11/2/07.

**WHAT SOLUTION ARE YOU RECOMMENDING?:** That my duly authorized mail be delivered

Your Signature: _____  Date: 11/3/07  Time: 5 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

**Received from Inmate on:**
Day: Saturday  Date: 11/3/07  Time: 1724  Officer: Fores #2712  Team: B

**RESPONDING OFFICER'S STATEMENT (Please print):** REFER TO MAIL ROOM

[ ] Resolved    [✓] Refer to Level II

Officer's Name: _____  Team: _____  Date: _____

**SUPERVISOR'S ACTION:** Our Records show that on 10-15-07 you received the USA TODAY Newspapers for 10-19, 10-20 & 10/21/07. These papers were delivered to Officer #1979 Inmate Services

[✓] Resolved    [ ] Refer to Level III

Supervisor's Name: Becerra  Team: _____  Date: 11/14/07

SHIFT LIEUTENANT REVIEW:    [ ] Concur    [ ] Reversed _____

SIGNATURE: _____  Date: __/__/__  Time: _____

SUPPORT SERVICE RESPONSE: Unit Assigned: Inmate Services  Date Assigned: __/__/__
Date Due: 11/10/07

Response by: _____  Title: _____  Date: __/__/__  Time: _____

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur   [ ] Reversed _____

SIGNATURE: Lt. Hoylk211  Date: 11/16/07  Time: 2630

RESPONSE RETURNED TO INMATE: Date: 11/19/__ Time: _____ By: _____

Distribution:  White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

6885 REV 7/92                                                                (2A)

IN RE: Mail Issues

| Main Jail [ ] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
| Main Jail South [ ] | INMATE GRIEVANCE FORM | CC [ ] |
| North County Jail [ ] | # 71281 | WRC [ ] |

INMATE'S NAME: Vasquez, Marcos
BOOKING NUMBER: 0503 6797
HOUSING UNIT: 5B/6

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: On 11/1/07 I spoke w/ the clerk of the court in U.S. Fed District of Northern California for Chief Judge Vaughn R. Walker. I was told that a letter or "legal mail" was sent to me on 10/15 by the court. I never signed or received this legal mail. Capt. Sepulveda + Mr. Mark Bernal (County Counsel) were notified.

WHAT SOLUTION ARE YOU RECOMMENDING?: That this no longer occur and be investigated.

Your Signature: [signed]      Date: 11/3/07    Time: 5 AM/PM

*************************************
(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: SATURDAY  Date: 11/3/07  Time: 1724  Officer: FLORES #2712  Team: B

RESPONDING OFFICER'S STATEMENT (Please print): REFER TO MAIL ROOM

[ ] Resolved  [X] Refer to Level II
Officer's Name: _____  Team: ____  Date: __/__/__

SUPERVISOR'S ACTION: Our Records indicate that you received Legal Mail on 10-25-07 from County of Santa Clara.

[ ] Resolved  [ ] Refer to Level III
Supervisor's Name: BECERRA    Inmate Services    Team: ____    Date: 11/14/07

SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE: _____  Date: __/__/__  Time: ____

SUPPORT SERVICE RESPONSE: Unit Assigned: Inmate Services   Date Assigned: __/__/__
Date Due: 11/10/07

Response by: _____  Title: _____  Date: __/__/__  Time: ____

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur  [ ] Reversed _____

SIGNATURE: H. Hou X211    Date: 11/16/07  Time: 2030

RESPONSE RETURNED TO INMATE: Date: 11/19/07  Time: ____  By: ____

Distribution:  White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
6885 REV 7/92

(3A) ✓

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

Main Jail [✓]  Elmwood [ ]
Main Jail South [ ]  CCW [ ]
North County Jail [ ]  WRC [ ]

C/ Machado

INMATE'S NAME: Musquez, Marcos
BOOKING NUMBER: 0503 6797
HOUSING UNIT: 5B/38

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: In accordance with CV-07-5966 (see attached) my subscription to the Mercury News has been intentionally delayed. As of today's date I have not received the following newspapers... Jan 10, 08, Jan 11, 08, Jan 8, 08, and January 9th and 12th. As described in the filed complaint my mail should not be delayed or destroyed forthwith (14th Amend). cont.

WHAT SOLUTION ARE YOU RECOMMENDING?: 1/8/08, 1/9/08, 1/10/08, 1/11/08, 1/12/08 no longer

Your Signature: M.T.   Date: 1/12/08   Time: 5 AM/(PM)

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: Saturday  Date: 01/12/08  Time: 0500  Officer: MACHADO 2700  Team: 1

RESPONDING OFFICER'S STATEMENT (Please print): _____

[X] Resolved  [ ] Refer to Level II

Officer's Name: ____   Team: ____   Date: __/__/__
SUPERVISOR'S ACTION: ____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: ____   Team: ____   Date: __/__/__
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed ____

SIGNATURE: ____   Date: __/__/__   Time: ____

SUPPORT SERVICE RESPONSE: Unit Assigned: Inmate Svc Mail  Date Assigned: __/__/__
Date Due: 01/19/08

OUR RECORDS SHOWED THAT 1/9/08 AND 1/11/08 WAS DELIVERED ON 1/12/08. 1/10/08 WAS DELIVERED ON 1/15/08. 1/12/08 AND 1/08/08 WAS DELIVERED 1.14.08

Response by: CSA Ouwa  Title: CSA  Date: 1/18/08  Time: 1900 HRS

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur  [ ] Reversed
GETTING A NEWSPAPER THROUGH THE MAIL SOMETIMES CAUSES A DELAY OF A FEW DAYS.

SIGNATURE: ____   Date: 1/23/08   Time: 0428

RESPONSE RETURNED TO INMATE: Date: 01/23/08  Time: ____  By: ____

Distribution: White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)
6885 REV 7/92

(4A)

Cont.

Any further delays in my duly authorized mail will lead to a preliminary injunction to be filed, sanctions and I will add all names (C.O's - GSA's) to the complaint on the applicable shifts that my newspapers have been missing.

/s/
Marcos L. Musquiz

(4A)

Main Jail [X]　　　SANTA CLARA COUNTY DEPARTMENT OF CORRECTION　　Elmwood [ ]
Main Jail South [ ]　　　**INMATE GRIEVANCE FORM**　#72195　　CCW [ ]
North County Jail [ ]　　　　　　　　　　　　　　　　　　　　　　WRC [ ]

| INMATE'S NAME: Musquez, Marcos | BOOKING NUMBER: 0503-677 | HOUSING UNIT: SB-38 |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: As of todays date 2/2/08 I have not received my subscription of Mercury News dated 1-23-08

WHAT SOLUTION ARE YOU RECOMMENDING?: _____

Your Signature: [signed]　　Date: 2/3/08　Time: 9 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)
*********************************************

Received from Inmate on:
Day: Saturday　Date: 02/02/08　Time: 3:00　Officer: [signature] #2058　Team: D

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved　[X] Refer to Level II

Officer's Name: _____　Team: ____　Date: __/__/__
*********************************************
SUPERVISOR'S ACTION: _____

[ ] Resolved　[ ] Refer to Level III

Supervisor's Name: _____　Team: ____　Date: __/__/__
*********************************************
SHIFT LIEUTENANT REVIEW: [ ] Concur　[ ] Reversed _____

SIGNATURE: _____　Date: __/__/__　Time: ____
*********************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: Inmate Svcs　Date Assigned: __/__/__
Date Due: 02/10/08　　Mail

IT USUALLY TAKE A WHILE T RECEIVE YOUR FIRST ISSUE OF SAN JOSE MERCURY NEWS ONCE YOU PLACE YOUR ORDER. CHECK BACK W/THE NEWSPAPER CO.

Response by: [signature]　Title: ___　Date: 2/6/08　Time: 10:00
*********************************************
FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur　[ ] Reversed _____

SIGNATURE: Lt. Haytzell　Date: 2/7/08　Time: 2149
*********************************************
RESPONSE RETURNED TO INMATE: Date: 02/11/08　Time: ___　By: ___

Distribution:　White-Administration　Canary-Inmate (Final Disposition)　Pink-Inmate (Initial Receipt)
6885 REV 7/92

(5A)

*To coincide with Federal Civil Matter C-07-5966* (ma.
Issues) #72370

Main Jail [X]
Main Jail South [ ]
North County Jail [ ]
38

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

Elmwood [ ]
CCW [ ]
WRC [ ]

| INMATE'S NAME: | Musquez, Marcos | BOOKING NUMBER: | 0503 6747 | HOUSING UNIT: | 5B/8 38 |
|---|---|---|---|---|---|

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** To coincide with grievance # 72195, as of todays date 2/14/07, I still have not received my Mercury News paper dated 1-23-08. Also, as of todays date I have NOT received my Mercury News paper date(s) 2-10-08, 2-11-08, 2-12-08, 2-13-08, and 2-14-08. My papers are obviously being delayed in the mailroom because when I do receive my papers I receive them in a bunch ranging from 3 to 5 days @ one time.

**WHAT SOLUTION ARE YOU RECOMMENDING?:** That my missing paper 1/23/08 be reimbursed and this intentional delay of my mail stops.

Your Signature: _____  Date: 2/15/08  Time: 10 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: Friday  Date: 2/15/8  Time: 2226  Officer: Hosin #200  Team: A

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved  [✓] Refer to Level II
Officer's Name: _____  Team: ___  Date: __/__/__

SUPERVISOR'S ACTION: _____

[ ] Resolved  [ ] Refer to Level III
Supervisor's Name: _____  Team: ___  Date: __/__/__

SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed _____

SIGNATURE: _____  Date: __/__/__  Time: _____

SUPPORT SERVICE RESPONSE: Unit Assigned: Inmate Svcs  Date Assigned: __/__/__
Date Due: 02/22/08

MERCURY NEWS were received and delivered to your cell.
1/23/08 — receive it — 1/28/08  1/29/08
2.10.08 — receive it on 2/12/08
2.11.08
2/12/08
2/13/08 } receive it on 2/16/08
2/14/08

Response by: SG  Title: CA  Date: 2/29/08  Time: _____

FACILITY COMMANDER/DESIGNEE REVIEW:  [X] Concur  [ ] Reversed _____
PAPERS ARE DELIVERED AS THEY ARE RECEIVED.

SIGNATURE: _____  Date: 3/5/08  Time: 0753

RESPONSE RETURNED TO INMATE: Date: 3/5/08  Time: _____  By: _____

Distribution: White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)
6885 REV 7/92

*[Margin notes:]* Has been previously notified to cease... Signed #72195

16A

amazon.com | Elizab...'s Amazon.com | See All 36 Product Categories | Your Account | Cart | Your Lists | Help | NEW 

Search Amazon.com | | | GO | Find Gifts | A9 Web Search GO

## Your Account > Where's My Stuff? > Order Summary

### When will your items arrive?

**Shipment #1:** 1 item - delivery estimate: May 25, 2006 - June 26, 2006

**Order Placed:** February 25, 2006
**Amazon.com order number:** 002-4991822-0632850
**Order Total:** $17.95

### ✓ Shipment #1: Shipped on March 1, 2006    (Need to modify this subscription?)

**Delivery estimate:** May 25, 2006 - June 26, 2006 (More about estimates)
1 package via US First Class

| **Shipping Address:** | **Items Ordered** | **Price** |
| --- | --- | --- |
| Main Jail -05036797 | 1 of: **Skin & Ink [MAGAZINE SUBSCRIPTION]** | $17.95 |
| Marcos Musquez CVN338 | [Magazine] | |
| 885 N San Pedro St | Sold by: Amazon.com | |
| San Jose, CA 95110-1718 | - 1 item(s) Gift options: None | |
| United States | | |

**Shipping Speed:**
Standard Shipping

Exhibit (A)

Item(s) Subtotal: $17.95
Shipping & Handling: $0.00
-----
Total Before Tax: $17.95
-----
Total for this Shipment: $17.95
-----

### Payment Information                       (Need to print an invoice?)

**Payment Method:**
Visa | Last 5 digits: 54879

Item(s) Subtotal: $17.95
Shipping & Handling: $0.00
-----
Total Before Tax: $17.95
Estimated Tax: $0.00
-----

**Billing Address:**
Elizabeth Zacarias
███████████

United States

**Grand Total: $17.95**

# amazon.com

## Final Details for Order #002-4991822-0632850
Print this page for your records.

**Order Placed:** February 25, 2006
**Amazon.com order number:** 002-4991822-0632850
**Order Total:** $17.95

### Shipped on March 1, 2006

| | |
|---|---|
| **Items Ordered** | **Price** |
| 1 of: *Skin & Ink* [MAGAZINE SUBSCRIPTION] <br> Sold by: Amazon.com | $17.95 |

**Shipping Address:**
Main Jail -05036797
Marcos Musquez CVN338
885 N San Pedro St
San Jose, CA 95110-1718
United States

Item(s) Subtotal: $17.95
Shipping & Handling: $0.00
-----
Total Before Tax: $17.95
-----
**Total for this Shipment: $17.95**
-----

**Shipping Speed:**
Standard Shipping

### Payment Information

**Payment Method:**
Visa | Last 5 digits: 54879

**Billing Address:**
Elizabeth Zacarias
[redacted]
United States

*Exhibit (B)*

Item(s) Subtotal: $17.95
Shipping & Handling: $0.00
-----
Total Before Tax: $17.95
Estimated Tax: $0.00
-----
**Grand Total: $17.95**

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2007, Amazon.com, Inc. or its affiliates

(Problems w/ mail)

Attn: Mr. Richard W. WIEKING

To: (Clerk) of Northern District Federal Court

In re: C07-318 VRW

Marcos L. Musquez

vs

Santa Clara County Main Jail
Santa Clara County Valley Medical Center
Nurse (Kerri)
Lorin Horn, RN (Nurse Mgt.) et al.

Dear Sir/Mam;   Exhibit (C)

On or about the date of January 4, 2007, I Marcos L. Musquez mailed to you a completed complaint by a prisoner under the Civil Rights Act, 42 U.S.C §1983 and an application to proceed In Forma Pauperis. Enclosed is the original form of "~~Certificate of Funds in Trust~~ Prisoners Account," that should have been included with the above-mentioned.

I apologize to the Court and Clerk for the delay and mix up. Thank you.

Regards,

M~

JBLIC INTEREST LAW FIRM
Law Foundation of Silicon Valley
111 WEST ST. JOHN STREET, SUITE 315
SAN JOSE, CALIFORNIA 95113

174    609
3620 $00.41    07
1426 MAILED FROM SAN JO...  95113

**SB**

Marcos L. Musquez
CVN 338
Main Jail
885 N. San Pedro Street
San Jose, CA 95110

CONFIDENTIAL LEGAL MAIL
ATTORNEY-CLIENT COMMUNICATION

95110+1718

( Received + logged as legal mail )

Exhibit (D)

M. Musquez CVN338
885 N. San Pedro St
San Jose, California
95110

#05036797

SB



SAN JO.
10 AUG 20(

Attn: Geri Lynn Green
Attorney at Law
1231 Market St
San Francisco, California

Legal Mail 6

COUNTY JAIL
GENERAL MAIL



Carr. Init. ___
Date ___
☒ Forwarding Order Expired
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed No Order
☐ Returned For Better Address
☐ Postage Due

94103+1400

Mailed out a "Legal Mail"; Returned as regular mail
inspected and contents missing. Soon thereafter I contacted

PROOF OF SERVICE / Certificate of Service

I, ADAM GUERRERO declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party of the above-entitled cause. My (residence or business) address is

_885 N. San Pedro St._
_San Jose, CA_
_95110_

and I am employed ▬, or resident in, Santa Clara County, California.

On the date of, _April 8, 2008_ I served the:

_First Amendended Complaint (6 pgs) Six grievances Exhibits (A)(B)(C)(D)_

by depositing a copy of the document(s) in the United States mail at

(location) _SCCJail_ , (city) San Jose ,

Santa Clara County, California in a sealed envelope, with postage fully prepaid, addressed as follows:

U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

/ Office of County Counsel
County of Santa Clara
70 W. Hedding St., 9th Floor, East Wing
San Jose, CA 95110-1770

At the time of the mailing there was regular delivery of the United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _4/6/08_

_Adam Guerrero_
(Signature)

_ADAM GUERRERO_
( Print or typed name)