April 26, 2008

Marcos L. Musquez #CVN338
885 N. San Pedro Street
San Jose, California 95110
#05036797

RECEIVED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, California 94102
Re: C-07-0318 VRW (M. Musquez vs S.C.C. Medical)
    C-07-5966 VRW (M. Musquez vs Capt Sepulveda, et al)

I write to you this letter regarding the two civil actions mentioned above. As of todays date, April 26, 2008 I have not received any "legal mail" from this Court for the above mentioned. The purpose of this letter is to ensure that nothing has in fact been sent to me since I am now being targeted by the Dept. of Corrections officers for retaliation for exercising the legal system.

On April 26, 2008 I mailed to this Court (re: C-07-0318 VRW), a declaration from a Mr. Andre Wells as well as (2) two photos in support of Mr. Andre

Wells declaration(s). I handed the legal mail to Custodial officer Mrs. Strunk. Please advise me if you did not receive this mail between the week of April 28, 2008 (monday) and May 2, 2008 (Friday). I am currently having a tremendous problem with my mail going out without being intentionally delayed and receiving mail ..... i.e. (newspapers). My mail problems are now being litigated in this Court. (see C-07-5966 VRW).

In conclusion, I have not received any response from this Court regarding my "Motion for Additional Pro Per privileges", C-07-0318 VRW, SUR-Reply filed last month.

I Thank you for your time.

Regards,

Date: 4-26-2008

M. V. ~

Marcos L. Musquez



CONFIDENTIAL

C.O. STRUNK