IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCOS L. MUSQUEZ,

    Plaintiff,

v.

D SEPULVEDA, et al.,

    Defendant.s

No. C 07-5966 VRW

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the court's order of dismissal filed July 17, 2008, judgment in this action shall be entered in favor of defendant and against plaintiff.

Dated: July 17, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*
Deputy Clerk